# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 9, 2022

## NO. 03-21-00670-CV

**A. F., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

**APPEAL FROM 425TH JUDICIAL DISTRICT COURT OF WILLIAMSON COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND SMITH
AFFIRMED -- OPINION BY JUSTICE SMITH**

This is an appeal from the orders signed by the trial court on December 17, 2021. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's orders. Therefore, the Court affirms the trial court's orders. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.